UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK SHIH MD <br><br> Petitioner, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY <br><br> Respondent. | § § § § § § § § § § § § § <br> **Civil Action No. <u>4:24-cv-04161</u>** <br><br> **Honorable Christina A Bryan** |

## AMENDED NOTICE OF DISMISSAL

TO THE HONORABLE COURT ALL PARTIES AND COUNSEL: Petitioner, by and through his attorney, hereby agrees that all claims in this action, including counterclaims, be dismissed on the merits without prejudice and without further costs or notice to any party.

Dated: December 9, 2024

 /s/ *Frank H. Pham*
Frank H. Pham
California Bar No. 332644
Federal ID: 3668797
PHAM LAW PLLC
6901 Corporate Dr
Suite 232
Houston, TX 77036
Telephone:   (281) 215-5167
Facsimile:    (832) 201-0631
frankp@phampllc.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK SHIH MD<br><br>    Petitioner,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>    Respondent. | **Civil Action No. <u>4:24-cv-04161</u>**<br><br>**Honorable Christina A Bryan** |

## [PROPOSED] ORDER FOR DISMISSAL

Based upon the stipulation between the parties, **IT IS HEREBY ORDERED** that all claims, including counterclaims, ARE DISMISSED WITHOUT PREJUDICE and on the merits, and without costs or attorneys' fees to any parties in the action.

BY THE COURT:

Dated: _____, 2024

_____
The Honorable Christina A Bryan
Magistrate Judge

-3-

## CERTIFICATE OF SERVICE

I certify that on December 9, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on Defendant's counsel of record in according with the Federal Rules of Civil Procedures:

   Jonathan M. Herman
   jherman@herman-lawfirm.com
   The Herman Law Firm
   1601 Elm Street, Suite 4460
   Dallas, Texas 75201
   Telephone: (214) 624-9805

                                                    */s/ Frank H. Pham*
                                                    Frank H. Pham