United States District Court
Southern District of Texas
**ENTERED**
December 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK SHIH, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-04161 |
| § | |
| AETNA LIFE INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

### ORDER

Before the Court is Plaintiff's Amended Notice of Dismissal filed on December 9, 2024. Doc. #11. In accordance with the Notice of Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED without prejudice.

It is so ORDERED.

DEC 1 0 2024
Date

The Honorable Alfred H. Bennett
United States District Judge